UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) *Arnaldo Quiñones Ortiz*        CIVIL NO. 98-2149 (DRD)

v.

Defendant(s) *Barras & Carrión, Inc*

RECEIVED AND FILED 99 OCT 27 AM 10:02 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

| MOTION | ORDER |
|---|---|
| Docket entry no. 9 | ☐ GRANTED. |
| Date: Aug /23/ 1999 | ☐ DENIED. |
| Title: *Informative motion* | ☒ MOOT. |
| | ☐ NOTED. |

Scheduling Conference is scheduled for November 10, 1999 at 4:00 p.m.

Date: 10/25/99.

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**