## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

DATE: November 22, 1999

ARNALDO QUIÑONEZ ORTIZ

    Plaintiffs

v.

BARROS & CARRION, INC.

    Defendants

CIVIL NO. 98-2149 (DRD)

**BY ORDER OF THE COURT**, the Initial Scheduling Conference not held on November 16, 1999 due to hurricane "Lenny" is re-scheduled for **January 14, 2000 at 4:30 P.M.** before Honorable Daniel R. Domínguez.

COURTROOM DEPUTY

PARTIES NOTIFIED BY TELEPHONE & MAIL:

Juan Matos Bonet, Esq.
Yolanda Da-Silveira-Nieves, Esq.

