**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO**
**BEFORE HONORABLE DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**                          DATE: January 27, 2000

**CIVIL NO. 98-2149 (DRD)**

==================================================================

ARNALDO QUIÑONES ORTIZ              Attorneys:

   Plaintiff
    v.

BARROS & CARRION, INC.              Yolanda Da-Silveira Nieves

   Defendant

==================================================================

    Initial scheduling conference was scheduled for today but Plaintiff's counsel, Juan Matos Bonet, did not appear.  Plaintiff is to show cause within ten (10) days why he should not be sanctioned, including with a dismissal, for his nonappearance. See Ortiz Anglada v. Ortiz Pérez, 183 F.3d 65 (1st Cir. 1999) (district court has power to impose sanctions as serious as dismissal of case for lack of prosecution); In re Villa Marina Yacht Harbor, Inc., 984 F.2d 546 (1st Cir. 1993) (district courts have inherent power to fashion appropriate sanctions for abuse of judicial process, including dismissal); Zavala Santiago v. González Rivera, 553 F.2d 710, 712-13 (1st Cir. 1977) (even though case had been pending "less than four months" and had occupied "very little" of district court's time, dismissal was appropriate given plaintiffs' noncompliance with order to file affidavits of witnesses and counsel's unexcused failure to appear at pretrial conference). A further initial scheduling conference shall be held on March 20, 2000, at 4:30 p.m.

                                  DANIEL R. DOMINGUEZ
                                  U.S. DISTRICT JUDGE

s/c: Counsel of record
N:\MINUTES\98-2149 MEM

13