UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                         DATE: March 20, 2000
Law Clerk: Karen A. Rivera Turner

**CIVIL NO. 98-2149 (DRD)**

===============================================================

ARNALDO QUIÑONES ORTIZ            Attorneys:        Juan Matos Bonet

   Plaintiff
      v.

BARROS & CARRION, INC.                              Yolanda Da-Silveira Nieves
                                                    Karen Ocasio
   Defendant
===============================================================

Initial scheduling conference was scheduled or today. The Court excused counsel Juan Matos Bonet for his absence at the last scheduled date. Plaintiff will file his Initial Scheduling Memorandum within ten (10) days but advances that he will have three (3) expert witnesses.

The Court set the following case-management schedule:

Plaintiff has sixty (60) days to identify his expert witnesses and sixty (60) days thereafter to file his experts' reports in full compliance with FED. R. CIV. PROC. 26 which reads as follows in pertinent part:

> The report shall contain a complete statement of all opinions to be expressed and the basis and reasons therefor; the data or other information considered by the witness in forming the opinion; any exhibits to be used as a summary of or support for the opinions the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

Once Plaintiff identifies his expert witnesses Defendant has sixty (60) days to identify its expert witnesses and sixty (60) days thereafter to file its expert reports in full compliance with Rule 26.

Both parties have sixty (60) days after Defendant notifies its expert report to depose all experts. Thereafter, both parties have thirty (30) days to file dispositive motions. The parties are reminded to file the motions in accordance with the procedure set forth in the Court's Standing Order.

During the first one hundred and twenty (120) days as of this date, Defendant is to conduct all discovery necessary for its experts to form an opinion, including an evaluation of Plaintiff. Further, during the first one hundred and eighty (180) days as of this date, all parties are to perform factual discovery.

Pretrial is scheduled for February 6, 2001, at 4:30 p.m. The parties are forewarned that trial will be held before September 31, 2001.

All issues of discovery must be handled by exhausting Local Rule 311 and then by telephone conference with the Court. The parties must not file unnecessary motions on discovery issues.

Plaintiff is forewarned that he must continue to search for employment. Under the American with Disabilities Act mitigation of damages is mandatory.

_____
Law Clerk

s/c: Counsel of record
N:\MINUTES\98-2149b.min