UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Arnaldo Quiñones Ortiz          CIVIL NO. 98-2149 (DRD)

v.

Defendant(s) Barros & Carrión, Inc.
et al.

| MOTION | ORDER |
|---|---|
| Docket entry nos. 18 y 20 | ☑ GRANTED. |
| Date: 10/18/00  9/20/00 | ☐ DENIED. |
| Title: Motions Regarding Withdrawal of Legal Representation | ☐ MOOT. |
| | ☐ NOTED. |
| Attny. Yolanda M. Da Silveira Neves will cease to represent defendant, Barros & Carrión, Inc., for she will cease her professional relationship with the law firm Lespier & Muñoz-Noya. The law firm of Lespier & Muñoz-Noya will continue to represent defendant. Attny. Javier A. Morales | Ramos will also cease to represent Plaintiff as "second chair" of the case. Co-counsel Mateo Bonet has no objections to Counsel Morales withdrawal. The Court GRANTS both motions (Docket Nos. 18 y 20). |

IT IS SO ORDERED.

Date: 10/26/2000

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

RECEIVED AND FILED
00 OCT 26 PM 4:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.