# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE DANIEL R. DOMINGUEZ

COURTROOM DEPUTY: Minerva **FIGUEROA**          DATE: February 6, 2001

COURT REPORTER: **N/A**                         CIV NO: 98-2149 (DRD)

COURT INTERPRETER: **N/A**

| | |
|---|---|
| Arnaldo Quiñones Ortiz | Attorneys: Juan F. Matos-Bonet, Esq. |
| v. | |
| Barros & Carrion, Inc. | Julio Díaz Valdes and Robin D. Shoffner, Esqs. |

Case called for pretrial conference. The Court advises Counsel Shoffner that she is to comply with the rules of this Court and that she should file a motion.

The Court informs Counsel Matos that there are two ways in which to proof an ADA claim and explains the same and cites cases. The Court further inquires from Counsel Matos-Bonet as to which one will he be using. Counsel Matos gives the Court a brief description of what happened to plaintiff. He also states that he will be using the prima facie case but that both claims apply in this case.

Defense counsel is heard as to plaintiff's expert, to which the Court states that an order was issued on January 18, 2001, docket #22, whereby plaintiff was barred from using an expert witness. Both counsel state to the Court that they have not received said order.

The Court, after hearing the parties states that it seems that this case is not ready for trial. The court grants plaintiff ten (10) days to file a motion for reconsideration to

docket #22 and to inform the Court in writing which ADA claim will he be using.  Defense counsel is granted 10 days to reply to said motion and to renew another motion to dismiss.  The Court advises the parties that they should try and settle this case.

Another Pretrial Conference is hereby scheduled for May 18, 2001 at 2:00 P.M.

Courtroom Deputy Clerk

Parties to be notified.