# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) *Arnaldo Quiñones Ortiz*

CIVIL NO. *98-2149* (DRD)

v.

Defendant(s) *Barros + Carrion, Inc., et al.*

| MOTION | ORDER |
|---|---|
| Docket entry no. *28* | ☑ GRANTED. |
| Date: *Feb. 1 201 01.* | ❑ DENIED. |
| Title: *Motion to Seal* | ❑ MOOT. |
| | ❑ NOTED. |

*The Sealed Addendum to Request for Reconsideration of Order Issued January 16, 2001 is to remain under seal.*

IT IS SO ORDERED.

Date: *April 23, 2001*

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE