UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**  DATE: May 18, 2001
**CIVIL NO. 98-2149 (DRD)**
LAW CLERK: Frances del Toro

===================================================================

| | |
|---|---|
| ARNALDO QUIÑONES ORTIZ,<br>    Plaintiff, | Attorney:<br>Juan MATOS BONET |
| v. | |
| BARROS & CARRION, INC., et al.,<br>    Defendants. | Julio DIAZ VALDES |

===================================================================

    A PRETRIAL CONFERENCE was held today. The parties advised the Court as to the status of the case. The Court discussed with the parties the possibility of settlement in this case. Because plaintiff's expert witness has been precluded from testifying at trial, the parties are to evaluate and research the other alternative plaintiff has in order to prove coverage pursuant to the ADA, specifically when plaintiff is "deemed to be disabled." After an evaluation of the aforementioned takes place, the parties are to conduct settlement negotiations. In addition, the Court informed the parties that trial in the above captioned case will not commence until September 2001. A Settlement Conference is set for **June 29, 2001 at 4:00 p.m.** The parties are strongly encouraged to explore settlement.

s/c: Counsel of record

P:\MINUTES\98-2149_pre_trial.wpd

DANIEL R. DOMINGUEZ
DISTRICT JUDGE