# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE DANIEL R. DOMINGUEZ

COURTROOM DEPUTY: OMAR FLAQUER                DATE:   July 17, 2001

CIVIL NO:  98-2149 (DRD)

========================================================================

|  | Attorneys: |
|---|---|
| QUIÑONEZ-ORTIZ, ARNALDO | Juan Matos Bonet |
| v. |  |
| BARROS & CARRIONJ, INC. | Julio Díaz |

========================================================================

PRETRIAL/SETTLEMENT CONFERENCE was held in chambers. The parties state their settlement positions. Although the parties are close to settlement, counsel for plaintiff states that the settlement offer is beyond his authority. The parties are granted until August 10, 2001 at 5:00 P.M. to notify if they have settled case.

The Court has held motions pending in abeyance pending the outcome of further settlement negotiations.

Should settlement not appear, they will hold a Pretrial Conference on **August 16, 2001 at 5:30 P.M.**

Omar Flaquer
Courtroom Deputy Clerk

