UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ARNALDO QUIÑONES ORTIZ

v.  Civ. No. 98-2149(DRD)

BARROS & CARRIÓN, INC.

### ORDER

Pending before the Court are Docket Nos. 33 and 37. The Court rules as follows:

| Docket No. | Ruling | Title |
|---|---|---|
| 33 | DENIED/MOOT | Defendant's Request for Reconsideration of Ruling Concerning Pendent Discovery. |

See Docket Minutes of Proceedings, Docket No. 40.

| | | |
|---|---|---|
| 37 | GRANTED | Motion for Extension of Time. |

Plaintiff is to file an opposition to defendant's Motion for Summary Judgment ten (10) days from receipt of this order. **No further extensions shall be granted.**

IT IS SO ORDERED.

Date: July 24, 2001.

DANIEL R. DOMINGUEZ
U.S. District Judge