UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Arnaldo Quiñones Ortiz             CIVIL NO. 98-2149 (DRD)

v.

Defendant(s) Barros & Carrión, Inc.

| MOTION | ORDER |
|---|---|
| Docket entry no. 42 | ☒ GRANTED. |
| Date: August / 07 / 2001 | ☐ DENIED. |
| Title: Motion Informing Settlement Agreement | ☐ MOOT. |
| | ☐ NOTED. |

The parties are granted (10) days from receipt of this order to file the pertinent settlement related papers & motion requesting dismissal. No further extensions are to be granted.

IT IS SO ORDERED.

Date: August / 14 / 2001.

                                    DANIEL R. DOMINGUEZ
                                    U.S. DISTRICT JUDGE

