UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ARNALDO QUIÑONES ORTIZ,
Plaintiff,

v.

Case Number: 98-2149 (DRD)

BARROS & CARRION, INC., et al.,
Defendants.

| MOTION | RULING |
|---|---|
| **Filed:** August 15, 2001  **Docket #44**<br>[X] **Plff**  [ X] **Deft**<br>[ ] **Other**<br><br>**Title:** REQUEST FOR DISMISSAL WITH PREJUDICE. | **APPROVED.** The parties' Request for Dismissal with Prejudice is approved in light of the fact that the parties have reached a settlement. (Docket No. 44). Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1) and plaintiffs' request for dismissal, the Court hereby **DISMISSES** the instant action against defendant **WITH PREJUDICE** and without the imposition of costs or attorney's fees. Judgment shall be entered accordingly. IT IS SO ORDERED. |

Date: August 17, 2001.

**DANIEL R. DOMINGUEZ**
U.S. District Judge

P:\PeachOrders\98-2149.vol_dis.wpd