UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ARNALDO QUIÑONES ORTIZ,
**Plaintiff,**

v.                                                              Case Number: 98-2149 (DRD)

**BARROS & CARRION, INC., et al.,**
**Defendants.**

## JUDGMENT

Pursuant to the order issued by the Court on this same date, plaintiffs' claims against defendants are hereby **DISMISSED WITH PREJUDICE** and without the imposition of costs or attorney's fees.

**IT IS SO ADJUDGED AND DECREED.**

Date: August 17, 2001.

DANIEL R. DOMINGUEZ
U.S. District Judge

P:\PeachOrders\98-2149.vol_dis.wpd